**DALE (BARKER v.).** See Case No. 988.

----

## Case No. 3,541.

### DALE v. BARNEY.

[No opinion was written by the court, but the report of Pierrepont, referee, was affirmed by Blatchford, J., and followed in Hennequin v. Barney. 24 Fed. 581, but overruled in Tomes v. Barney. 35 Fed. 115. The report of the referee is nowhere reported, and is not now accessible.]